**UNITED STATES of America,
Plaintiff-Appellee,**

v.

**Donnell Edward CALLAHAM,
Defendant-Appellant.**

**No. 17-6496**

United States Court of Appeals,
Fourth Circuit.

Submitted: August 31, 2017

Decided: September 21, 2017

Donnell Edward Callaham, Appellant Pro Se. Jennifer R. Bockhorst, Assistant United States Attorney, Abingdon, Virginia, for Appellee.

Before GREGORY, Chief Judge, and KEENAN and WYNN, Circuit Judges.

230

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Donnell Edward Callaham appeals the district court's order denying his 18 U.S.C. § 3664(h) (2012) motion to modify the restitution order imposed after his criminal conviction. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *United States v. Callaham*, No. 1:08-cr-00052-JPJ-RSB-1 (W.D. Va. May 29, 2015). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*